# In the United States Court of Federal Claims

No. 25-989

(Filed: June 13, 2025)

```
*************************************************
                                                 *
MATTHEW ETHAN RODRIGUEZ ROSADO,                  *
                                                 *
              Plaintiff,                         *
                                                 *
      v.                                         *
                                                 *
THE UNITED STATES,                               *
                                                 *
              Defendant.                         *
                                                 *
*************************************************
```

## ORDER DIRECTING PAYMENT OF FEE OR FILING OF IFP APPLICATION

Plaintiff, proceeding pro se, has filed this civil action against the United States of America. To proceed with a civil action in this court, a plaintiff must either pay $405.00 in fees—a $350.00 filing fee plus a $55.00 administrative fee—or request authorization to proceed without prepayment of fees by submitting a signed application to proceed *in forma pauperis* ("IFP"). *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted [his/her] complaint without the appropriate filing fees or a complete IFP application. Within thirty (30) days of the date of this order, plaintiff is **ORDERED** to either pay the $405.00 in required fees or submit the attached IFP application. If plaintiff fails to comply with this order, this action shall be dismissed without prejudice for failure to prosecute under Rule 41 of Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

s/Edward J. Damich
EDWARD J. DAMICH
Senior Judge
